UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DEWAYNE TYRANCE HILL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 2:20-cv-00662-JPH-MJD |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**Entry Directing Further Proceedings**

The petitioner brings the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. To proceed under § 2241, a motion pursuant to 28 U.S.C. § 2255 must be "inadequate or ineffective to test the legality of his detention." 28 U.S.C. § 2255(e). Section 2255 is inadequate or ineffective if the following three requirements are met: "(1) the petitioner must rely on a case of statutory interpretation (because invoking such a case cannot secure authorization for a second § 2255 motion); (2) the new rule must be previously unavailable and apply retroactively; and (3) the error asserted must be grave enough to be deemed a miscarriage of justice, such as the conviction of an innocent defendant." *Davis v. Cross*, 863 F.3d 962, 964 (7th Cir. 2017).

The petitioner's petition for a writ of habeas corpus does not appear to make him eligible to proceed under § 2241 because the three requirements set forth above are not met. Accordingly, the petitioner shall have **through January 15, 2021** to show cause why his petition should not be dismissed with prejudice pursuant to 28 U.S.C. § 2255(e).

The clerk **is directed** to correct the docket to reflect "United States of America" as the respondent.

**SO ORDERED.**

Date: 12/16/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

DEWAYNE TYRANCE HILL
46358-044
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808